UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 22-1043 FLA (PVCx)                                        Date:  December 13, 2022

Title      Juanita Marquez v. Equinox Holdings, Inc., et al.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS:   [IN CHAMBERS]  ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DENY DEFENDANT'S EX PARTE APPLICATION AS MOOT  (Dkt. No. 16)**

On December 6, 2022, Defendant filed an *Ex Parte* Application for an order compelling Plaintiff to produce documents in advance of her deposition scheduled for December 9, 2022.  (Dkt. No. 16).  The Court held a telephonic conference on December 8, 2022 during which Plaintiff counsel admitted that Plaintiff did not have objections to producing responsive documents apart from certain intimate text messages between her and one of Defendant's employees.  The Court ordered Plaintiff to produce all documents apart from the intimate text messages by a date certain and set deadlines for the filing of the opposition and reply to the *Ex Parte* Application, limited now to the production of the disputed intimate text messages.  (Dkt. No. 18).

The Court "strongly encouraged" the parties to attempt to resolve their dispute without further Court intervention and ordered Defendant to "immediately file a notice of voluntary withdrawal of the *Ex Parte* Application" if the parties reached an agreement rendering the Application moot.  (*Id*. at 3).  On December 12, 2022, the parties jointly filed a stipulation to extend the discovery cut-off in which they noted that Plaintiff had raised a privacy issue regarding the production of documents, but represented that "The

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 22-1043 FLA (PVCx)                                      Date: December 13, 2022

Title          Juanita Marquez v. Equinox Holdings, Inc., et al.

parties have now resolved the issue." (Dkt. No. 19 at 3). That same day, Plaintiff filed a Notice of Resolution of Discovery Issues in which Plaintiff's counsel stated that the intimate text messages had been produced and accordingly, "Plaintiff's counsel is of the belief that all outstanding issues as it relates to the document production is [sic] moot." (Dkt. No. 20 at 2). However, Defendant has not filed a Notice of Withdrawal of the *Ex Parte* Application, as required by the Court's December 8, 2022 Order. It is therefore unclear if Defendant agrees that the Application is now mooted.

Accordingly, Defendant is ORDERED TO SHOW CAUSE, within **two days** of the date of this Order, why Defendant's *Ex Parte* Application should not be denied as moot. Defendant may discharge this Order by filing a Notice of Withdrawal of the *Ex Parte* Application or a declaration of counsel explaining why Plaintiff's production of text messages did not moot the Application. Defendant's counsel is cautioned that the failure to timely respond to this Order may subject Defendant or her counsel to sanctions for failure to obey Court orders.

IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |